**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD HUGHLEY, | ) | CASE NO. CV 10-09870 DOC (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| RANDY GROUNDS, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: January 27, 2012

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE