**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HUGHLEY, | CASE NO. CV 10-09870 DOC (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| RANDY GROUNDS, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of RICHARD HUGHLEY, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 27, 2012

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE